NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re RASHID EL MALIK,**
*Petitioner*

---

2025-102

---

On Petition for Writ of Mandamus to the Department of Veterans Affairs.

---

## ON PETITION AND MOTION

---

## O R D E R

Upon consideration of Rashid El Malik's motion to withdraw his mandamus petition,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  All pending motions are denied as moot.

FOR THE COURT



October 29, 2024                          Jarrett B. Perlow
Date                                        Clerk of Court